IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Christopher Agbaje, d/b/a Ace Telecommunications & Consultancy Services, Inc., d/b/a Acorin USA, LLC, | ) |
| | ) Case No. 1:22-cr-041 |
| | ) |
| Defendants. | ) |

Before the court is the United States' Motion for Limited Unsealing Order of Indictment and Warrant. (Doc. No. 4). For good cause shown, the court **GRANTS** the motion (Doc. No. 4). The United States may disclose the Indictment and Arrest Warrant to others within the United States government as well as foreign officials for the limited purposes of enabling the United States to locate and apprehend the defendant, bring him to the United States, and to further the existing investigation.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court