**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | Case No. 1:22-cr-00041 |
| Christopher Agbaje, | |
| Defendant. | |

**ORDER DENYING MOTION FOR BILL OF COSTS**

[¶ 1]   THIS MATTER comes before the Court on a Motion for Bill of Costs filed by the Defendant on June 12, 2026. Doc. No. 124. The Defendant asks for a bill of costs in the amount of $605 for the appeal filing fee. The United States has not filed a response.

[¶ 2]   Rule 39(f) of the Federal Rules of Appellate Procedure allows district courts to tax the appeal filing fee against an appellee when a judgment is overturned in favor of an appellant. However, when a prevailing party seeks costs against the United States, they are limited to those costs "only if authorized by law." Fed. R. App. P. 39(c). Title 28 of the United States Code § 2412 limits costs and fees allocated against the United States to when it is a party to a civil action.[1] This Section, however, does not include costs in criminal actions. Indeed, the Defendant has not provided, and the Court has not found, any law that allows an allocation of costs against the United States in a criminal matter. This aligns with this Court's experience, which has never seen a taxation of costs against the United States in a criminal matter. Absent any law allowing for the

---

[1] Under 5 U.S.C. § 504, some costs may be awarded against the United States in a civil agency lawsuit. But this is a criminal matter, not a civil agency case.

-1-

-2-

taxation of these costs against the United States, the Court cannot award them. Fed. R. App. P. 39(c).

[¶ 3]    Accordingly, the Defendant's Motion for Taxation of Costs against the United States is **DENIED**.

[¶ 4]    **IT IS SO ORDERED**.

DATED July 22, 2026.

Daniel M. Traynor, District Judge
United States District Court

-2-